**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  JOHN J. TRAUB           §     Case No. 13-80065
       XHAIL E. TRAUB           §
                                       §
             Debtors                §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/09/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/17/2013.

5) The case was converted on 05/20/2013.

6) Number of months from filing or conversion to last payment: 1.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $125,200.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 1,250.00 | |
| Less amount refunded to debtor | $ 5.15 | |
| **NET RECEIPTS** | | $ 1,244.85 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 75.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 74.85 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 149.85 |
| Attorney fees paid and disclosed by debtor: | $ 2,425.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ERIC PRATT LAW FIRM PC | Lgl | 3,500.00 | 2,500.00 | 2,500.00 | 75.00 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE NA | Uns | 45,000.00 | 42,113.28 | 42,113.28 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATL | Sec | 0.00 | 258,550.74 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATL | Sec | 30,000.00 | 30,289.92 | 30,000.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 2,451.00 | 3,032.86 | 2,451.00 | 1,003.96 | 91.04 |
| SANTANDER CONSUMER USA INC | Uns | 0.00 | 0.00 | 581.86 | 0.00 | 0.00 |
| ACL | Uns | 3.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED SURGICAL CARE | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 425.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Uns | 236.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| ALCOM BUILDING COMPONENTS | Uns | 1,827.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CACH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC / SQUARE TWO | Uns | 4,001.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - | Uns | 160.00 | 85.01 | 85.01 | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE | Uns | 110.00 | NA | NA | 0.00 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC as agent for | Uns | 22.00 | 22.44 | 22.44 | 0.00 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS & TEENS MEDICAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Uns | 611.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANT | Uns | 4,000.00 | NA | NA | 0.00 | 0.00 |
| EDWARD SLOAN | Uns | 285.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Uns | 220.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 789.00 | 788.61 | 788.61 | 0.00 | 0.00 |
| H & R ACCOUNTS INC | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| HARRIS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 4,187.41 | 4,187.41 | 0.00 | 0.00 |
| IC SYSTEMS INC | Uns | 623.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 2,169.00 | 2,169.12 | 2,169.12 | 0.00 | 0.00 |
| KOHLS / CAPONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LAKEWOOD DENTAL | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF CHARLES NAVE | Uns | 5,800.00 | NA | NA | 0.00 | 0.00 |
| MAGE & PRICE | Uns | 564.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL JONES | Uns | 488.00 | NA | NA | 0.00 | 0.00 |
| RNB - FIELDS3 / MACYS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SECURITY NETWORKS | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 1,400.00 | 1,357.76 | 1,357.76 | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL | Uns | 314.00 | NA | NA | 0.00 | 0.00 |
| THE LIMITED / WFNNB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LISA, BERNADETTE & LEONARD | Uns | 0.00 | 1,975.00 | 1,975.00 | 0.00 | 0.00 |
| LISA, BERNADETTE & LEONARD | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 2,438.84 | 2,438.84 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 30,000.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 2,451.00 | $ 1,003.96 | $ 91.04 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 32,451.00 | $ 1,003.96 | $ 91.04 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 55,719.33 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 149.85 |
| Disbursements to Creditors | $ 1,095.00 |
| **TOTAL DISBURSEMENTS:** | $ 1,244.85 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 06/07/2013           By: /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.